# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CHRISTOPHER SMOAK, an individual residing in California,<br><br>Plaintiff,<br><br>vs.<br><br>(1) BITCOIN MARKET, LLC, an Oklahoma limited liability company; (2) DUSTIN W. DOLLAR, an individual residing in Oklahoma; (3) TIFFANY DOLLAR, an individual residing in Oklahoma;<br><br>Defendants. | Case No. CIV-18-1096-G |

## MOTION FOR ADMISSION OF MARC G. VAN NIERKERK *PRO HAC VICE*

The undersigned moves the court, pursuant to United States District Court for the Western District of Oklahoma LCvR 83.3(b), to admit Marc G. van Nierkerk to practice before this Court solely for the purpose of appearing as counsel for Christopher Smoak, Plaintiff in the above-styled case, and shows Mr van Nierkerk is a member in good standing of the California State Bar Association. Mr. van Nierkerk's Request for Admission *Pro Hac Vice* is attached as **Exhibit "1."**

Respectfully submitted,

Dated: April 1, 2019

/s/ Michael D. O'Neal
MICHAEL D. O'NEAL, OBA #20298
Williams, Box, Forshee & Bullard
522 Colcord Drive
Oklahoma City, Oklahoma 73102
(405) 232-0080 (Phone)
(405) 236-5814 (Fax)
moneal@wbfblaw.com
*Attorney for Plaintiff*
CHRIS SMOAK

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following registrants:

NONE

/s/ Michael D. O'Neal