# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CHRISTOPHER SMOAK, an individual residing in California, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(1) BITCOIN MARKET, LLC, an Oklahoma limited liability company; (2) DUSTIN W. DOLLAR, an individual residing in Oklahoma; and (3) TIFFANY DOLLAR, an individual residing in Oklahoma, )<br>)<br>Defendants. ) | Case No. CIV-18-1096-PRW |

## DEFAULT JUDGMENT

In accordance with the order entered this date, judgment is entered in favor of Plaintiff and against Defendants in the amount of $723,143.50.

**IT IS SO ORDERED this 24th day of July, 2019.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE