**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) | CHRISTOPHER SMOAK, an<br>individual residing in California,<br><br>                    Plaintiff,<br><br>v. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| (1) | BITCOIN MARKET, LLC, an<br>Oklahoma limited liability<br>company; | )   Case No.: CIV-18-1096-PRW<br>)<br>)<br>) |
| (2) | DUSTIN W. DOLLAR, an<br>individual residing in Oklahoma; | )<br>) |
| (3) | TIFFANY DOLLAR, an<br>individual residing in Oklahoma,<br><br>                    Defendants. | )<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

### To the Clerk of this Court and All Parties of Record:

I hereby enter my appearance as counsel in the above-styled case for Plaintiff,

Christopher Smaok, in the above-styled case. I certify that I am admitted to practice in this

Court and am registered to file documents electronically with this Court.

Respectfully submitted,

*/s/ Dane J. Flesch*
Dane J. Flesch, OBA #31841
**BROWN & FLESCH, PLLC**
136 N.W. 10th Street, Suite 201
Oklahoma City, Oklahoma 73103
Phone: (405) 548-1970
Fax: (405) 548-1986
Email:  dane@brownfleschlaw.com

***Attorney for Plaintiff***