## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) CHRISTOPHER SMOAK, an individual residing in California, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| (1) BITCOIN MARKET, LLC, an Oklahoma limited liability company; | ) ) ) ) | Case No.: CIV-18-1096-PRW |
| (2) DUSTIN W. DOLLAR, an individual residing in Oklahoma; | ) ) ) | |
| (3) TIFFANY DOLLAR, an individual residing in Oklahoma, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF RENEWAL OF JUDGMENT**

**To the Clerk of this Court and All Parties of Record:**

TAKE NOTICE, the Plaintiff, Christopher Smoak, by and though his counsel of record, Dane J. Flesch of the law firm of BROWN & FLESCH, PLLC, hereby issues and files notice of the renewal of the judgment rendered in this action on the 24th day of July, 2019, against the Judgment Debtors, Bitcoin Market, LLC, Dustin W. Dollar, and Tiffany Dollar, in favor of Plaintiff, Christopher Smoak, in the amount of $723,143.50 excluding applicable statuary interest.

Plaintiff announces that no amount of the judgment has been paid or satisfied since the entry of the judgment by this Court and is still outstanding and owed by Judgment Debtors.

Further, Plaintiff hereby issues and filed notice that a Renewed Statement of Judgment will be filed and properly recorded in the relevant Oklahoma State Courts, including the District Courts of Oklahoma, Cleveland, Canadian, and Pottawatomie County, State of Oklahoma.

Respectfully submitted,

*/s/ Dane J. Flesch*
Dane J. Flesch, OBA #31841
**BROWN & FLESCH, PLLC**
136 N.W. 10th Street, Suite 201
Oklahoma City, Oklahoma 73103
Phone: (405) 548-1970
Fax: (405) 548-1986
Email:  dane@brownfleschlaw.com

***Attorney for Plaintiff***