## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CHRISTOPHER SMOAK, an individual residing in California,<br><br>Plaintiff,<br><br>vs.<br><br>(1) BITCOIN MARKET, LLC, an Oklahoma limited liability company; (2) DUSTIN W. DOLLAR, an individual residing in Oklahoma; and (3) TIFFANY DOLLAR, an individual residing in Oklahoma,<br><br>Defendants. | Case No. CIV-18-1096-PRW |

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel of record for Defendants BITCOIN MARKET, LLC, DUSTIN W. DOLLAR and TIFFANY DOLLAR.

I certify that I am admitted to practice in this Court and registered to file documents electronically with the Court.

Respectfully submitted,

/s/ David J. Looby
David J. Looby, OBA #20756
CONNER & WINTERS, LLP
1700 One Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 272-5733
Facsimile: (405) 232-2695
dlooby@cwlaw.com

*Attorneys for Defendants Bitcoin Market, LLC,
Dustin W. Dollar and Tiffany Dollar*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Dane J. Flesch
BROWN & FLESCH, PLLC
136 N.W. 10th Street, Suite 201
Oklahoma City, OK 73103
dane@brownfleschlaw.com

/s/ David J. Looby
David J. Looby