# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) CHRISTOPHER SMOAK, an individual residing in California, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| (1) BITCOIN MARKET, LLC, an Oklahoma limited liability company; | ) ) ) ) ) | Case No.: 5:18-cv-01096-PRW |
| (2) DUSTIN W. DOLLAR, an individual residing in Oklahoma; | ) ) ) | |
| (3) TIFFANY DOLLAR, an individual residing in Oklahoma, | ) ) ) | |
| Defendants. | ) | |

## **RELEASE AND SATISFACTION OF JUDGMENT**

**To the Clerk of this Court and All Parties of Record:**

TAKE NOTICE, the Plaintiff, Christopher Smoak, by and though his counsel of record, Dane J. Flesch of the law firm of BROWN & FLESCH, PLLC, hereby acknowledges that the Judgment entered in the above-captioned case on the 24th day of July, 2019, in favor of Plaintiff and against Defendants Bitcoin Market, LLC, Dustin W. Dollar, and Tiffany Dollar, in the amount of $723,143.50, has been fully paid and satisfied, including applicable interest under 28 U.S.C. § 1961.

Accordingly, Plaintiff releases said Judgment and acknowledges full and complete satisfaction thereof. Plaintiff respectfully requests that the Clerk of Court enter this Release and Satisfaction of Judgment upon the record.

Dated: August 22, 2025.

                                                 Respectfully submitted,

                                                 */s/ Dane J. Flesch*
                                                 Dane J. Flesch, OBA #31841
                                                 **BROWN & FLESCH, PLLC**
                                                 136 N.W. 10th Street, Suite 201
                                                 Oklahoma City, Oklahoma 73103
                                                 Phone: (405) 548-1970
                                                 Fax: (405) 548-1986
                                                 Email: dane@brownfleschlaw.com

                                                 ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

David J. Looby
CONNER & WINTERS, LLP
1700 One Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
dlooby@cwlaw.com

                                                */s/ Dane J. Flesch*
                                                Dane J. Flesch,
                                                Attorney for Plaintiff